# EXHIBIT A

We only use cookies that are necessary for this site to function to provide you with the best experience. The controller of this site may choose to place supplementary cookies to support additional functionality such as support analytics, and has an obligation to disclose these cookies. Learn more in our Cookie Statement.



# Coast Guard issues "party in interest" designation to owner/operator of container vessel in Orange County pipeline major marine casualty investigation

U.S. Coast Guard sent this bulletin at 10/16/2021 09:12 PM EDT



# News Release

U.S. Coast Guard 11th District Pacific Southwest
Contact: 11th District Public Affairs
Office: (510) 437-3325
After Hours: (510) 772-8865
PADETSF@uscg.mil
11th District online newsroom

**Coast Guard issues "party in interest" designation to owner/operator of container vessel in Orange County pipeline major marine casualty investigation**

SAN PEDRO, Calif. — U.S. Coast Guard and National Transportation Safety Board (NTSB) marine casualty investigators boarded the container ship MSC DANIT, Saturday, in the Port of Long Beach.

Prior to the visit, U.S. Coast Guard Lt. Cmdr. Braden Rostad, Chief of Investigations, Sector Los Angeles-Long Beach determined that the Mediterranean Shipping Company (MSC) DANIT was involved in a January 25, 2021, anchor-dragging incident during a heavy weather event that impacted the Ports of Los Angeles and Long Beach. The anchor-dragging incident occurred in close proximity to a subsea pipeline, which was subsequently discovered to be the source of the Orange County oil spill on October 2, 2021.

As a result, the Coast Guard designated the MSC Mediterranean Shipping Company, S.A. (MSC), the operator of the vessel, and Dordellas Finance Corporation, the owner of the vessel, as parties in interest to the marine casualty investigation as defined by 46 United States Code (U.S.C.) § 6303 and 46 Code of Federal Regulations (CFR) § 4.03-10.

The party in interest designations provide the owner and operator of the MSC DANIT the opportunity to be represented by counsel, to examine and cross-examine witnesses, and to call witnesses who are relevant to the investigation.

11/23/21, 12:23 PM Coast Guard issues "party in interest" designation to owner/operator of container vessel in Orange County pipeline major marin…

Case 2:21-mc-01106 Document 1-1 Filed 11/27/21 Page 3 of 3 Page ID #:20

The Coast Guard marine casualty investigation into the Orange County oil pipeline major marine casualty remains ongoing. Multiple pipeline scenarios and additional vessels of interest continue to be investigated.

Members of the public who would like to share information deemed relevant to the investigation are encouraged to contact the Coast Guard at OCOILSPILLINV@gmail.com.

Media inquiries may be directed to Lt.j.g SondraKay Kneen at OCOILSPILLINV@gmail.com or 562-684-6065.

-USCG-

Questions for the Coast Guard?
Contact Us

For more Coast Guard news, visit our online newsroom here.

STAY CONNECTED:

   

SUBSCRIBER SERVICES:
Manage Preferences  |  Unsubscribe  |  Help

Privacy Policy | GovDelivery is providing this information on behalf of U.S. Department of Homeland Security, and may not use the information for any other purposes.

This email was sent to Email Address

# Subscribe to updates from U.S. Coast Guard

Email Address [_____] e.g. name@example.com

Subscribe

# Share Bulletin



Powered by



Privacy Policy | Cookie Statement | Help