# EXHIBIT B



**U.S. Department of Homeland Security**

**United States Coast Guard**

Commander
U. S. Coast Guard Sector
Los Angeles – Long Beach

1001 S. Seaside Ave., Bldg. 20
San Pedro, CA 90731-0208
Phone: (310) 521-3801
Fax: (310) 521-3813
Email: lalbcommandcenter@uscg.mil

16732
16 October 2021

M/V MSC DANIT, IMO #9404619

Dordellas Finance Corp.
C/O Davide Langella
102 Calle 50
Panama

Dear Mr. Langella:

The U. S. Coast Guard is conducting a marine casualty investigation into the oil spill from PIPELINE P00547 that occurred on or about October 02, 2021, off the coast of Orange County, California. The Coast Guard now reasonably suspects that damage to the pipeline resulted from the M/V MSC DANIT's anchor striking and dragging the pipeline on or about January 25, 2021. The purpose of the investigation is to gather facts in order to determine what happened, why it happened, and identify any corrective measures that can be taken to prevent the casualty from reoccurring.

Dordellas Finance Corp. (Dordellas Finance), as owner of the MSC DANIT, is hereby designated as a *party in interest* as defined by 46 United States Code (U.S.C.) § 6303 and 46 Code of Federal Regulations (CFR) § 4.03-10. The role of party in interest is to serve the purpose of the investigation. By designating Dordellas Finance as a party in interest, I am offering Dordellas Finance the opportunity to be represented by counsel, to examine and cross-examine witnesses, and to call witnesses that are relevant to the investigation.

As a party in interest, Dordellas Finance may recommend witnesses that it believes are relevant to the investigation. If Dordellas Finance chooses to provide a list of recommended witnesses to me, I will evaluate their relevance to the investigation, and, if appropriate, coordinate for interview. Finally, as a participant in a federal investigation, I ask that you do not share any details of the investigation with anyone who is not involved in the investigation until its completion. If you have any questions, you may contact me at the number above.

Sincerely,

Braden L. Rostad
Lieutenant Commander, U.S. Coast Guard
Lead Investigating Officer