JOSEPH A. WALSH II, State Bar No. 143694
joe.walsh@cwn-law.com
ELLEN E. McGLYNN, State Bar No. 270367
ellen.mcglynn@cwn-law.com
COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone: (562) 317-3300
Facsimile: (562) 317-3399

Attorneys for Plaintiff Dordellas Finance
Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re Application of | Case No. |
| Dordellas Finance Corp. | IN ADMIRALTY |
| Petitioner, | **DECLARATION OF JOSEPH A. WALSH II IN SUPPORT OF OPPOSED EMERGENCY *EX PARTE* VERIFIED PETITION FOR AN ORDER TO PERPETUATE TESTIMONY** |
| For Order Authorizing Petition to Perpetuate Testimony Pursuant to FRCP Rules 27 | |
| | **[FRCP Rule 27]** |

I, Joseph A. Walsh II, declare and state as follows:

1.      I am a Partner at Collier Walsh Nakazawa LLP, Attorneys  for Petitioner Dordellas Finance Corp. (hereinafter "Petitioner") in the above-captioned action.

2.      I submit this declaration in support of Petitioner's Opposed Emergency *Ex Parte* Verified Petition for an Order to Perpetuate Testimony ("Petition") Pursuant to FRCP Rules 27.

3.      I have personal knowledge of the facts in this declaration except those

1

COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone (562) 317-3300

1  facts stated on information and belief and as to those facts, I believe them to be true.

2      4.     On or about October 2, 2021, an oil spill was detected off of the shore of

3  California which was the result of a subsea oil pipeline rupture (the "Oil Spill").

4      5.     Upon information and belief, the ruptured subsea pipeline is owned by

5  Amplify Energy Corporation ("Amplify").

6      6.     Upon information and belief, the Oil Spill resulted in an estimated

7  25,000 gallons of oil being discharged into the waters of the United States creating  a

8  clean-up response zone of nearly thirteen (13) square miles.

9      7.     On or about October 16, 2021, the United States Coast Guard ("Coast

10  Guard")  issued a News Release indicating that the Petitioner was designated as "party

11  in interest" relating to the Coast Guard's maritime casualty investigation arising from

12  the October 2, 2021 Oil Spill

13      8.     As a result of Coast Guard designating Petitioner as a "party in interest,"

14  Petitioner became the subject of potential litigation arising from the Oil Spill and has

15  since been cooperating with the Coast Guard as it carries out its investigation into the

16  cause of the Oil Spill.

17      9.     On or about November 19, 2021 the Coast Guard designated the owner

18  and operator of the M/V BEIJING as "parties in interest" related to the vessel's

19  potential involvement in the Oil Spill.

20      10.    The Coast Guard alleges that both the MSC DANIT and M/V BEIJING

21  were involved in an anchor dragging incident or incidents during a heavy weather

22  event that impacted the Ports of Long Beach and Los Angeles on January 25, 2021

23  which may have contributed to the Oil Spill.

24      11.    Amplify interests threatened to arrest Petitioner's vessel, the MSC

25  DANIT, and demanded adequate security. Amplify thereafter accepted a Letter of

26  Undertaking in that amount in lieu of arrest.

27      12.    As of Monday, November 15, 2021 I was advised by a source that no

28  decision had been made with regard to whether the M/V BEIJING would call in Long

2

DECLARATION OF JOSEPH A. WALSH II IN SUPPORT OPPOSED EMERGENCY EX PARTE VERIFIED
PETITION FOR AN ORDER TO PERPETUATE TESTIMONY

Beach or Los Angeles. Our source also advised that the M/V BEIJING would not likely come alongside to offload its cargo until sometime in December due to historic port congestion.

13.     On or about November 16, 2021 I was advised that the Coast Guard planned to board the M/V BEIJING on November 18, 2021.

14.     On or about November 16, 2021 I was also advised that four (4) crewmembers presently onboard the M/V BEIJING were also onboard during the January 25, 2021 anchor dragging incident. The USCG invited me to participate in the interviews of these four crew members. I immediately confirmed my acceptance of the invitation.

15.     On or about November 17, 2021 I received notice that counsel for the M/V BEIJING objected to Petitioner's participation with respect to the interviews of the four (4) crewmembers who were onboard the M/V BEIJING on January 25, 2021. Counsel for the M/V BEIJING also objected to Petitioner's presence onboard the M/V BEIJING where we could have viewed the ship's documents, anchor, focsle, and windlass and appurtenances.

16.     The M/V BEIJING was ordered by the U.S. Coast Captain of the Port to anchor at the G-9 anchorage just outside the breakwater to the Port of Los Angeles. The Marine Exchange advised that the vessel arrived at the anchorage at 0920 on November 17, 2021.

17.     On November 18, 2021 the U.S. Coast Guard attended onboard the vessel to conduct an investigation and to interview the crew including the four individuals who were onboard in January 2021. At approximately 1445 hours on November 18, 2021 U.S Coast Guard advised that they had completed their work for the day. The vessel then shifted from its anchorage back to sea where it was expected to drift until an anchorage and then berth became available. This expectation appeared to me to be quite reasonable given the current port congestion.

18.     I have been practicing maritime law in Southern California for over 30

COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone (562) 317-3300

DECLARATION OF JOSEPH A. WALSH II IN SUPPORT OPPOSED EMERGENCY EX PARTE VERIFIED PETITION FOR AN ORDER TO PERPETUATE TESTIMONY

years.  In all these years I have never seen port congestion and ship delays like those present today. It has been my recent experience that arriving ships have been ordered to drift for 10 to 14 days on average, and then as they advance in the que, be ordered to an outer or inner anchorage for another two weeks or so. My observations and experiences have been shared with and confirmed by fellow practitioners, marine surveyors and many clients who have ships recently calling in the ports of Los Angeles and Long Beach.

19.    On November 22, 2021 the M/V BEIJING unexpectedly re-entered the San Pedro Bay anchorage complex and this time anchored at SF-4.

20.    Upon noticing the vessel's unexpected movement and new anchor position, I checked with our sources and on November 23, 2021 was advised that the M/V BEIJING had somehow accelerated both its schedule to come alongside a berth and its time of completion for cargo operations. The ship is scheduled to leave this District on November 29, 2021 at 0300 hours PST.

21.    Beginning at approximately 1220 PST on November 23, 2021, I began to place phone calls to counsel for M/V BEIJING and its owners and operators, Glen Piper of Peacock Piper Tong & Voss LLP. At 1248 PST Mr. Piper returned my call and we discussed Petitioner's intention to arrest the M/V BEIJING and to seek judicial assistance in obtaining depositions and preservation of evidence unless a letter of undertaking was provided and an agreement was made to preserve testimony and evidence was reached extrajudicially. That call lasted for 23 minutes and ended by my agreement to provide a written request to Mr. Piper.

22.    At 1402 PST on November 23, 2021 I provided written notice via email to Mr. Piper and his Partner Albert Peacock III of Petitioner's intention to arrest the M/V BEIJING and to seek an order to perpetuate testimony and evidence pursuant to Rule 27 of the Federal Rules of Civil Procedure. I spoke at various other times with Mr. Peacock to explore options for both avoiding the need to file an application for the arrest of the M/V BEIJING and the instant Petition. Mr. Peacock advised that the

COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone (562) 317-3300

4

COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone (562) 317-3300

BEIJING, its owners and operators oppose the Petition for discovery under Rule 27.

23. On the morning of November 24, 2021 an agreement was reached whereby Mr. Piper and Mr. Peacock agreed to allow Petitioner to obtain the requested evidence in addition to deposing the four crewmembers in lieu of arrest.

24. At 1146 PST on November 24, 2021 Attorney Michael Zwieback called me and informed me that he represented Second Officer, Robert Ledesma. Mr. Zwieback advised that Mr. Ledesma would assert his Fifth Amendment rights against self-incrimination to any question I asked.

25. Following my conversation with Mr. Zwieback I phoned Mr. Peacock who offered that his client, as employer of Mr. Ledesma, order Mr. Ledesma to be interviewed by me, but we both acknowledged that Mr. Ledesma's decision to answer questions was solely up to Mr. Ledesma.

26. Mr. Zwieback, Mr. Peacock and myself then agreed via email that Mr. Ledesma would be interviewed Friday on November 26, 2021 in the presence of a court reporter and Tagalog interpreter.

27. On November 26, 2021 at approximately 1525 PST I began my interview with Mr. Ledesma. Mr. Ledesma, through Mr. Zwieback, asserted his Fifth Amendment rights to nearly every question stated.

28. Mr. Ledesma, through counsel, declined to provide his date of birth or citizenship.

29. After seventeen (17) minutes Mr. Zwieback effectively terminated the interview.

30. Following the termination of the interview I informed Mr. Zwieback that I, on behalf of Petitioner, would seek an emergency order to take Mr. Ledesma's deposition pursuant to Federal Rule of Civil Procedure, Rule 27. Mr. Zwieback advised he is not authorized to accept a deposition subpoena and we are under the impression he would oppose this motion.

31. At approximately 1300 November 27, 2021, Mr. Piper alerted me that

DECLARATION OF JOSEPH A. WALSH II IN SUPPORT OPPOSED EMERGENCY EX PARTE VERIFIED PETITION FOR AN ORDER TO PERPETUATE TESTIMONY

Mr. Ledesma had left the BEIJING and is making his way to the airport.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed November 27, 2021, at Long Beach, California.

/s/ Joseph A. Walsh II
Joseph A. Walsh II

COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone (562) 317-3300

6

DECLARATION OF JOSEPH A. WALSH II IN SUPPORT OPPOSED EMERGENCY EX PARTE VERIFIED PETITION FOR AN ORDER TO PERPETUATE TESTIMONY