JOSEPH A. WALSH II, State Bar No. 143694
joe.walsh@cwn-law.com
ELLEN E. McGLYNN, State Bar No. 270367
ellen.mcglynn@cwn-law.com
COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone: (562) 317-3300
Facsimile: (562) 317-3399

Attorneys for Plaintiffs Dordellas Finance Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re Application of<br><br>Dordellas Finance Corp.<br><br>Petitioner,<br><br>For Order Authorizing Petition to Perpetuate Testimony Pursuant to FRCP Rules 27 | Case No.<br><br>IN ADMIRALTY<br><br>**DECLARATION OF JOCK MAWSON IN SUPPORT OF OPPOSED EMERGENCY *EX PARTE* VERIFIED PETITION FOR AN ORDER TO PERPETUATE TESTIMONY**<br><br>**[FRCP Rule 27]** |

I, John (Jock) Mawson, declare and state as follows:

1. I am a Master Mariner and consultant for Collier Walsh Nakazawa LLP ("CWN") counsel for Petitioner Dordellas Finance Corp. (hereinafter "Petitioner") in the above-captioned action.

2. I submit this declaration in support of Petitioner's Opposed Emergency *Ex Parte* Verified Petition For An Order to Perpetuate Evidence and Testimony ("Petition") Pursuant to FRCP Rules 27 and 34.

3. I have personal knowledge of the facts in this declaration except those facts stated on information and belief and as to those facts, I believe them to be true.

4. My experience includes thirteen (13) years as a deck officer in the merchant navy, serving on all types of cargo ship, rising to the rank of chief officer, Master Mariner, qualified to sail as captain on all sizes of ocean going ships, trading worldwide without limitation. My experience also includes working in the marine insurance and claims industry for more than thirty (30) years after coming ashore from sea, investigating marine casualties including pollution incidents, fires, groundings and cargo damage. I have served as an expert witness in marine claims cases, including at the highest levels, the Supreme Court of the United Kingdom. I have lectured to, and acted as dissertation supervisor to, MA and MBA level students at Greenwich University London. I have also served as the International Chamber of Shipping's representative to the United Nations (UNCITRAL) for the negotiation of new international carriage of goods by sea rules.

5. In connection with my role as a consultant to CWN, I have reviewed various data and documents provided by the United States Coast Guard ("USCG") including an audio and video file from the Los Angeles - Long Beach Vessel Traffic Service (VTS) which contained, among other data, radio communications with ships in San Pedro Bay and the anchorages off the ports of Long Beach and Los Angeles, video depictions of vessel positions and movements as recorded by the VTS on the morning of 25th January 2021 during a high wind event that occurred in San Pedro Bay and its anchorages.

6. Upon information and belief, during the early hours of the 25th January 2021, wind speeds increased significantly in the ports' outer anchorage areas, such that several ships in the anchorages began to drag their anchors. In fact, VTS and USCG records indicate that at least two other vessels anchored in the area to the South of San Pedro Bay, known as the Huntington Beach ("HB") anchorage, dragged their anchors and in the course of doing so collided with each other during this same high winds event.

7. Upon information and belief, one other ship that dragged anchor was the M/V BEIJING (IMO # 9308508) a large container ship under the flag of the Republic of Malta, which was anchored in the Sierra Foxtrot ("SF") anchorage southeast of the dual Los Angeles-Long Beach port complex.

8. The MSC DANIT, another large container ship under the flag of the Republic of Panama, was anchored nearby in an adjacent anchorage, commonly referred to as SF-3.

9. Upon information and belief, starting as early as 0400 PST on 25 January 2021, the M/V BEIJING dragged its anchor, while moving in a generally easterly direction towards where the MSC DANIT was anchored.

10. Upon information and belief, the Captain of the M/V BEIJING eventually informed VTS via radio that he was weighing (raising) his ship's anchor, however, he failed or was unable to do so for several hours. In fact, a review of the VTS video file shows that despite its stated intentions to get underway, the M/V BEIJING remained in anchorage throughout January 25, 2021.

11. Upon information and belief, the Captain of the MSC DANIT advised VTS via radio at approximately 05:49 PST of his intention to weigh anchor and proceed to sea to drift within the VTS area.

12. However, upon information and belief, as the MSC DANIT was raising its anchor, the M/V BEIJING, continued dragging its anchor moving at some point nearly one nautical mile out of its assigned anchor position closer towards the MSC DANIT.

13. Upon information and belief and based on my review of the VTS video file provided by USCG, at least one point in time, the M/V BEIJING came within approximately 560 feet of the MSC DANIT after it had reported to VTS of its efforts to weigh anchor to get underway. That distance is less than one-half of the M/V BEIJING's overall length. It is reasonable to conclude based on the video

depiction and radio transmissions that the M/V BEIJING was unable to raise its anchor and therefore unable to control its movement.

14. Upon information and belief, the MSC DANIT, was presented with an imminent and significant risk of collision as the M/V BEIJING encroached and embarrassed the safe navigation and maneuverability of the MSC DANIT which was forced, and in fact obligated under the collision regulations, to take evasive action including stopping heaving its own anchor, paying out more anchor chain to allow more room between the ships and if necessary even engaging its engines to back away from the M/V BEIJING so as to avoid collision and stay out of the way of the M/V BEIJING .

15. Upon information and belief, the uncontrolled nature of the movements, encroachment and continued dragging of anchor by the M/V BEIJING, lasted for over two hours, until the MSC DANIT was able to resume weighing its own anchor and proceeded to drift at sea approximately 08:20 PST.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed November 27, 2021, at Ojai, California.

/s/ Jock Mawson
Jock Mawson