JOSEPH A. WALSH II, State Bar No. 143694
joe.walsh@cwn-law.com
ELLEN E. McGLYNN, State Bar No. 270367
ellen.mcglynn@cwn-law.com
COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone: (562) 317-3300
Facsimile: (562) 317-3399

Attorneys for Plaintiff Dordellas Finance Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| In re Application of | Case No. |
|---|---|
| Dordellas Finance Corp. | IN ADMIRALTY |
| Petitioner, | **SUPPLEMENTAL DECLARATION OF JOSEPH A. WALSH II IN SUPPORT OF OPPOSED EMERGENCY *EX PARTE* VERIFIED PETITION FOR AN ORDER TO PERPETUATE TESTIMONY** |
| For Order Authorizing Petition to Perpetuate Testimony Pursuant to FRCP Rules 27 | |
| | **[FRCP Rule 27]** |

I, Joseph A. Walsh II, declare and state as follows:

32. I am a Partner at Collier Walsh Nakazawa LLP, Attorneys for Petitioner Dordellas Finance Corp. (hereinafter "Petitioner") in the above-captioned action.

33. I submit this supplemental declaration in support of Petitioner's Opposed Emergency *Ex Parte* Verified Petition for an Order to Perpetuate Testimony ("Petition") Pursuant to FRCP Rules 27.

34. I have personal knowledge of the facts in this declaration except those facts stated on information and belief and as to those facts, I believe them to be true.

4870-0546-7908v8

1

SUPPLEMENTAL DECLARATION OF JOSEPH A. WALSH II IN SUPPORT OPPOSED EMERGENCY EX PARTE VERIFIED PETITION FOR AN ORDER TO PERPETUATE TESTIMONY

35. On Tuesday November 24, 2021 Petitioner and representatives of the M/V Beijing agreed to enter into a security agreement in lieu of a Rule 27 discovery depositions.

36. On Friday November 26, 2021, following the abrupt termination of the Second Officer's interview by Attorney Michael Zwieback, I asked Mr. Zwieback if he could accept service of a deposition subpoena. He advised he was not authorized to accept service.

37. At the commencement of the interview on Friday November 26, 2021, Mr. Ledesma stated and spelled his name and was instructed to assert his Fifth Amendment right to self incrimination to every question asked including his date of birth and citizenship.

38. Subsequent to the interview, after we were advised that Mr. Ledesma departed the ship and was making his way to the airport, at both 1604 and 1935, we requested Mr. Ledesma's travel itinerary. At approximately 1950 Mr. Piper phoned me and advised that he has not had the opportunity to check Mr. Ledesma's travel itinerary.

39. At the time of filing this supplemental declaration we have not received a response from his employer and are therefore unable to confirm whether he is a citizen of the Philippines or any other signatory to Hague Convention.

40. We believe that the interest of justice requires that the ex parte application be heard without additional notice so that Petitioner's rights may be preserved prior to his departure from the country.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed November 27, 2021, at Long Beach, California.

/s/ Joseph A. Walsh II
Joseph A. Walsh II

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone (562) 317-3300

4870-0546-7908v8

3

SUPPLEMENTAL DECLARATION OF JOSEPH A. WALSH II IN SUPPORT OPPOSED EMERGENCY EX PARTE VERIFIED PETITION FOR AN ORDER TO PERPETUATE TESTIMONY