# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re Application of<br><br>DORDELLAS FINANCE CORP.<br><br>Petitioner,<br><br>For Order Authorizing Petition to Perpetuate Testimony Pursuant to FRCP Rules 27 | Case No. 21-mc-01106<br><br>IN ADMIRALTY<br><br>**ORDER GRANTING EMERGENCY VERIFIED PETITION TO PERPETUATE TESTIMONY**<br><br>Admiralty Fed. R. Civ. P. 9(h) |

Petitioner Dordellas Finance Corp. ("Dordellas") filed an *Ex Parte* Petition ("the Petition") for an Order to Perpetuate Testimony pursuant to Rule 27 of the Federal Rules of Civil Procedure from the M/V BEIJING, for use in future proceedings in the United States District Court for the Central District of California.

For the reasons set forth below, and for good cause shown,

**IT IS HEREBY ORDERED** that the Petition is **GRANTED** for the following reasons:

Dordellas satisfies the statutory requirements for Rule 27 of the Federal Rules of Civil Procedure: Dordellas expects to be a party to an action cognizable in a United States Court, but it cannot presently bring it or cause it to be brought; Dordellas has identified the subject matter of the expected action; Dordellas has identified the facts that it wants to establish by the proposed testimony and the reason to perpetuate it; Dordellas has given the names of the persons whom it expects to be adverse parties and their addresses, so far as known and has also so advised the known attorneys for said adverse parties; and Dordellas has provided the identity of the deponents and expected substance of the testimony of each proposed deponent.

Specifically, Robert Ledesma has personal knowledge of events that took place leading up to the underlying dispute. Mr. Ledesma intends to depart the United States within the next few hours such that he will return to an unknown country of origin. Mr. Ledesma, through his counsel, declined to state his country of origin and his date of birth. Without this information it may not be possible to locate Mr. Ledesma in the future. The inability to locate Mr. Ledesma in the future and obtain his testimony constitutes irreparable harm to Petitioner justifying immediate interim relief. Additionally, it is impossible to determine whether Mr. Ledesma can be served through the Hague Convention as it is currently unknown whether his country of origin is a signatory to the Hague Convention.

**IT IS FURTHER ORDERED** that Petitioner be allowed to take the oral deposition of the Second Officer, Robert Ledesma, serving aboard the M/V BEIJING. Said deposition shall be taken under oath by a certified court reporter in conformance with the Federal Rules of Civil Procedure at a reasonable time and location as agreed to by the parties but in all circumstances before the completion of the ship's operations in port so as not to unduly delay the vessel's sailing and prior to the departure of Mr. Ledesma from the United States through any means of transportation.

**IT IS FURTHER ORDERED** that Petitioner shall immediately serve a copy of this Order via email upon counsel for Mr. Ledesma, who shall use his best efforts to locate Mr. Ledesma and to inform him of the contents of this Order prior to Mr. Ledesma's departure from the United States.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction over this matter as necessary to enforce the terms of discovery authorized by this Order.

DATED: November 27, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE